**UNITED STATES COURT OF APPEALS**

**November 25, 2014**

**TENTH CIRCUIT**

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

v.

CHARLES BARRETT; KATHLEEN
BARRETT,

     Defendants - Appellants.

No. 14-1179
(D.C. No. 1:10-CV-02130-RBJ-BNB)
(D. Colo.)

**ORDER AND JUDGMENT**[*]

Before **LUCERO**, **GORSUCH**, and **MORITZ**, Circuit Judges.

Charles and Kathleen Barrett's appeal of the district court's adverse final
decision in their case is untimely and we therefore lack jurisdiction to entertain it.
*See Bowles v. Russell*, 551 U.S. 205 (2007). Their appeal challenging the district
court's subsequent decision denying their Fed. R. Civ. P. 60(b) motion requesting
reconsideration is timely. But the Barretts' brief discussion of the motion to

---

[*] After examining the briefs and appellate record, this panel has
determined unanimously to grant the parties' request for a decision on the briefs
without oral argument. *See* Fed. R. App. P. 34(f) and 10th Cir. R. 34.1(G). The
case is therefore ordered submitted without oral argument. This order and
judgment is not binding precedent except under the doctrines of law of the case,
res judicata, and collateral estoppel. It may be cited, however, for its persuasive
value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

reconsider in their opening brief doesn't demonstrate that Rule 60(b) entitles them to relief, let alone that the district court abused its discretion in holding otherwise. *See Allender v. Raytheon Aircraft Co.*, 439 F.3d 1236, 1242 (10th Cir. 2006). The Barretts' *in forma pauperis* motion is denied. The district court's disposition of the motion to reconsider is affirmed and the remainder of the appeal is dismissed.

ENTERED FOR THE COURT
PER CURIAM